# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| DEBBIE CALDWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 06-0138-CV-W-DW |
| | ) |
| CARLYLE VAN LINES, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is the parties' stipulation of dismissal with prejudice (Doc. 13). The parties stipulate and agree that the above-captioned cause of action may be dismissed *with* prejudice. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the Court dismisses the above-styled action *with* prejudice. The costs and expenses associated with this action shall be borne by the parties individually. This case is closed.

    IT IS SO ORDERED.


Date:   June 15, 2006                                                        /s/ DEAN WHIPPLE
                                                                                                      Dean Whipple
                                                                               United States District Court